**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GEEGAN; ROBERT GEEGAN; JENNIFER LAWSON; DENNIS THOMPSON, Jr.; DANIEL THOMPSON; JOSH MCBRIDE; and LARRY WALLACE,<br><br>          Plaintiffs,<br><br>   vs.<br><br>CITY OF OAKLAND, et al.,<br><br>          Defendants.       / | Case No. C-06-2569 MEJ<br><br>ORDER SETTING DATE FOR STATUS CONFERENCE;<br>ORDER RESETTING PRETRIAL DATES |

On June 25, 2007, the parties filed a JOINT REQUEST FOR EXTENSION OF TIME TO MEDIATE AND PERMISSION FOR PLAINTIFF'S REPRESENTATIVE TO APPEAR BY PHONE. Good cause showing, the COURT hereby extends the time in which to attend mediation until August 5, 2007.

Further, Plaintiff's representative requests that he or she be allowed to attend the mediation by phone. This request is also granted, however, should the case not settle at this mediation, and should the Court decide to set this matter for a settlement conference, the plaintiff's representative

will be required to attend such settlement conference in person

**IT IS SO ORDERED.**

Dated: June 28, 2007

---
MARIA-ELENA JAMES
United States Magistrate Judge

2