**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVY SPORTFISHING CHARTERS, LLC, a limited liability corporation; and ARCH INSURANCE COMPANY, corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAVID KERR, *in personam,* and BITE ME II, her machinery, tackle, and engines, etc., *in rem,*<br><br>　　　　Defendants. | Case No. C-06-2569 MEJ<br><br>ORDER EXTENDING TIME TO MEDIATE AND PERMISSION FOR PLAINTIFF'S REPRESENTATIVE TO APPEAR BY PHONE |

On June 25, 2007, the parties filed a JOINT REQUEST FOR EXTENSION OF TIME TO MEDIATE AND PERMISSION FOR PLAINTIFF'S REPRESENTATIVE TO APPEAR BY PHONE. Good cause showing, the COURT hereby extends the time in which to attend mediation until August 5, 2007.

Further, Plaintiff's representative requests that he or she be allowed to attend the mediation by phone. This request is also granted, however, should the case not settle at this mediation, and should the Court decide to set this matter for a settlement conference, the plaintiff's representative will be  required to attend such settlement conference in person

**IT IS SO ORDERED.**

Dated: June 28, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge